AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Tyler Deon Jacob | ) | Case No. |
| | ) | 8:24-mj-1243 AEP |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 2022 - Janurary 2024 _____ in the county of _____ Polk _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1028 | Identity theft, wire fraud, conspiracy to commit bank fraud, and felon in |
| 18 U.S.C. §§ 1343 | possession of ammunition. |
| 18 U.S.C. §§ 1349 | |
| 21 U.S.C. § 922 | |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA, Connor Creasey FBI
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2/14/22

_____
*Judge's signature*

City and state: _____ Tampa Florida _____

HON. ANTHONY E. PORCELLI
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Connor Steven Creasey, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since April 11, 2021. After completing FBI Academy training in Quantico, Virginia, I was assigned to the FBI Tampa Division, Lakeland Resident Agency ("LRA"). I am presently assigned to the FBI Tampa LRA Safe Streets Task Force. As an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), I am empowered by law to conduct investigations of, and to make arrests for, violations of federal statutes, including 18 U.S.C. §§ 1344 (bank fraud).

2.     I have received specialized training from the FBI as a Special Agent in the investigation and identification of violent crime, including attendance at in-service trainings sponsored by the FBI and on-the-job training. Additionally, prior to my employment as a Special Agent with the FBI, I served as a forensic accountant with the FBI from March 2018 until April 2021. I received specialized training from the FBI as a forensic accountant in tracing financial assets, identifying money laundering, and providing financial analysis. I was also a team member of the FBI Springfield Division Evidence Response Team and have experience using specialized techniques to collect evidence.

3.     I have participated in investigations involving gangs, drugs, bank robberies, transcontinental organized crime, complex financial crimes, money laundering, public corruption, healthcare fraud, domestic terrorism, and human trafficking, among other things. I have participated in various aspects of investigations, including conducting surveillance and analyzing telephone toll and financial information obtained as a result of subpoenas issued by the government. I have participated in investigations that utilized Title III investigations, telephone records, and electronic cloud storage accounts to effectively identify subjects and gather evidence. I am in regular contact with law enforcement personnel who specialize in criminal enterprises and violent crimes.

## STATUTORY AUTHORITY

4.     I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I submit this affidavit in support of an application for a criminal complaint and arrest warrant for Tyler Deon Jacob ("JACOB"). Specifically, I believe there is probable cause that JACOB has committed the violations of 18 U.S.C. §§ 1028 (identity theft), 18 U.S.C. §§ 1343 (wire fraud), 18 U.S.C. §§ 1349 (conspiracy to commit bank fraud), and 21 U.S.C. § 922 (felon in possession of ammunition). JACOB is currently incarcerated at the Polk County Jail located at 2390 Bob Phillips Road, Bartow, Florida 33830.

5.     The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law-enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law-enforcement officers.  Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest JACOB, I have not set forth each and every fact learned during the course of this investigation.

### PROBABLE CAUSE

6.     During approximately April 2023, the Polk County Sheriff's Office ("PCSO") opened an investigation pertaining to JACOB and a potential check fraud scheme. On or about July 10, 2023, I attended a meeting with PCSO and was briefed on their investigation of JACOB. The FBI subsequently opened a joint investigation with PCSO pertaining to JACOB.

7.     On or about June 23, 2022, JACOB was arrested by PCSO after responding to a call for service at a Chevron gas station located at 2000 1ˢᵗ St N, Winter Haven, Florida. JACOB left the scene prior to PCSO's arrival, and a deputy was advised by PCSO dispatch the vehicle JACOB was driving was a 2015 gray 4-door Toyota with Florida license plate IP37DG. The deputy actively patrolled the area and located the vehicle bearing license plate IP37DG driving northbound on 3ʳᵈ St NW, Winter Haven, Florida.

8.     The deputy attempted a traffic stop of the vehicle at the intersection of Ave Y NE and Motor Pool Rd which resulted in a pursuit after the vehicle began to

accelerate. The vehicle caused a crash and came to a stop at the intersection of 8th St NW and Havendale Blvd NW. JACOB exited the vehicle and began running on foot southbound through Inman Park. The deputy pursued JACOB who eventually stopped, and JACOB was then taken into custody. Deputies conducted a search of JACOB's vehicle and identified various checks, ATM deposit receipts, debit cards, and identification cards in the names of other individuals. PCSO subsequently opened an investigation pertaining to the financial information in the possession of JACOB.

## INDIA JULIAN

9.     Pursuant to a search warrant executed on JACOB's Apple iCloud account—tylerjacob863@gmail.com—investigators identified an image of a check addressed to India Julian ("JULIAN") from Zephyr Homes LLC, in the amount of $28,800.00. They also identified a debit card in the name of JULIAN and JNS Senior Home Care Services LLC as well as an image of a screenshot of a text conversation between JACOB and JULIAN. Examples of such images are below:





10.    Based on my training and experience, I believe JACOB provided

JULIAN a fraudulent check in the amount of $28,800.00 for the purpose of

depositing the check into a bank account owned by JULIAN. Additionally, based on my training and experience, I believe JACOB informed JULIAN that the proceeds from the deposited fraudulent check needed to be withdrawn from JULIAN's bank account quickly or the bank might put a hold on the check due to suspected fraud.

11.    The FBI served a grand jury subpoena to JP Morgan Chase Bank for financial records associated with JULIAN. I identified that JULIAN was the owner of JP Morgan Chase Bank business account number 8744231415 in the name of JNS Senior Home Care Services LLC. On or about March 31, 2023, a check from Zephyr Homes LLC was deposited into JP Morgan Chase Bank business account number 8744231415 at an ATM in Winter Haven, FL for $28,800.

12.    On or about April 3, 2023, JP Morgan Chase Bank identified the check as fraudulent and returned them to the sender's account. On or about June 14, 2023, investigators obtained a sworn Identity Theft Affidavit from Zephyr Homes LLC claiming the checks were fraudulent.

### JOSIE LOPEZ

13.    Pursuant to a search warrant executed on JACOB's SnapChat account—"hmtceo30"—investigators identified the following text conversation between JACOB and SnapChat account "dhattmangoredd:"

**Fri Oct 22 2021 17:34:28 UTC to dhattmangoredd**
rondo9s: Give me everything you can put this info
dhattmangoredd: Josie Lopez
dhattmangoredd: 266 peninsular drive apt 207 Haines City fl 33844
dhattmangoredd: To what I gotta remember ain’t used in while maybe 7895
rondo9s: Are you sure ?

**Sun Nov 14 2021 03:19:23 UTC**
Dhattmangoredd: 8632421930 and idk if the pnc open don’t think thought u was gone clear it but it look liked it was showing money was took out u but u   said it wasn’t

**Fri Dec 10 2021 12:48:19 UTC**
Dhattmangoredd: Who keep playing with my shit and not breaking me off tf
Dhattmangoredd: I was over drafted then last few days been showing cleared now back over
Dhattmangoredd: External media

**Thu Dec 16 2021 20:07:13 UTC**
Dhattmangoredd: Sallieknight30
        Ashira141618#
        Security answers are
        1.Naykhi
        2.Samaria
        3.Teakaeo
rondo9s: 4116 crews lake drive Lakeland fl

14.    Based on my training and experience, I believe JACOB solicited personal identifying information from "dhattmangoredd" for the purpose of depositing a fraudulent check into a PNC Bank account owned by "dhattmangoredd."

15.    The FBI served a grand jury subpoena on PNC Bank for financial records associated with Josie Lopez ("LOPEZ"). I identified that LOPEZ was the owner of PNC Bank account number 6791645520.

16.    On or about October 29, 2021, a check from Peggy Ann Smith Barbaro was deposited at an ATM in Champions Gate, FL for $2,970.00 into the PNC Bank account owned by LOPEZ.

17. On November 3, 2021, PNC Bank identified the check as fraudulent and returned it to the sender's account. A grand jury subpoena was served to the sender's financial institution, Glacer Bank, for financial records associated with Peggy Ann Smith Barbaro. Glacer Bank's response to the subpoena was that the sender account was not owned by Peggy Ann Smith Barbaro and was actually owned by Preston P. Goulette.

18. Based on my training and experience, I believe the original check that was stolen from the Glacer Bank account owned by Preston P. Goulette was altered and the account owner's name was replaced with Peggy Ann Smith Barbaro in order to disguise the fraudulent check and avoid detection by law enforcement and PNC Bank.

### BRE'ASIA HARRIS

19. Pursuant to the search warrant for JACOB's SnapChat account, investigators identified the following text conversation between JACOB and SnapChat account "tr1ppy shit":

**Tue Feb 08 2022 00:03:32 UTC**
tr1ppy_shit: Breâ€™Asia Harris 01/28/1998 1309 28th st nw winter haven fl , 33881 .
tr1ppy_shit: Breasia723 â€¦ password : Asia0128! And I donâ€™t have a CARD !

**Wed Apr 19 2023 17:33:06 UTC**
tr1ppy_shit: 863-521-7692

20. Based on my training and experience, I believe JACOB solicited personal identifying information from "tr1ppy shit" for the purpose of depositing a fraudulent check into a bank account owned by "tr1ppy shit."

21. The FBI served a grand jury subpoena on Regions Bank for financial records associated with Bre'Asia Harris ("HARRIS"). I identified that HARRIS was the owner of Regions Bank account number 0234554963.

22. On or about February 27, 2023, a check from Brian Brandt LLC was deposited at an ATM in Winter Haven, FL for $2,326.50. Additionally, on or about February 28, 2023, a check from Brian Brandt LLC was deposited at an ATM in Winter Haven, FL for $7,412.33.

23. On or about March 1, 2023, Regions Bank identified the checks as fraudulent and returned the total of $9,738.83 to the sender's account.

24. Investigators served grand jury subpoenas to Block, Inc. for CashApp account information associated with JACOB and HARRIS. Based on those records, I identified that telephone number 863-521-7692 was associated with CashApp username "Asia" and verification name Bre'Asia Shybreille Harris. Additionally, I identified that telephone numbers 813-316-8389 and 786-489-5891 were associated with CashApp username "Big 3" and verification name Tyler Jacob.

25. On or about February 28, 2023, "Big 3" requested $1,050.00 from "Asia" which was declined. The CashApp request was on the same day as the second check from Brian Brandt LLC that was deposited into HARRIS' account.

26. I believe JACOB sent HARRIS a CashApp request for his share of the proceeds from the fraudulent checks immediately after the second check from Brian Brandt LLC was deposited into HARRIS' Regions Bank account. Additionally, I believe HARRIS declined the CashApp request from JACOB because Regions Bank

identified both of the checks from Brian Brandt LLC that were deposited into her account as fraudulent, and she did not receive any proceeds after they were returned to the sender account.

27. Pursuant to a search warrant executed on JACOB's Apple iCloud account—tylerjacob863@gmail.com—investigators identified images of the two checks from Brian Brandt LLC addressed to HARRIS that were deposited into HARRIS' Regions Bank account. An example of such images are below:





28. On or about July 7, 2023, investigators obtained a sworn Identity Theft Affidavit from Brian Brandt LLC stating those checks were fraudulent.

## VICTORIA FERRER

29. Pursuant to the search warrant for JACOB's SnapChat account, investigators identified the following text conversation between JACOB and SnapChat account "heavyed41:"

**Tue Apr 05 2022 00:30:15 UTC**
heavyed4l: Victoria Ferrer
heavyed4l: 4/4/2002
heavyed4l: 7460 hunters Greene cir lakeland Fl 33810
heavyed4l: Toriferrer4
heavyed4l: Hunted43!
heavyed4l: 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
heavyed4l: 404
rondo9s: Take card off Apple Pay , unlink cashapp , do not login , no buying anything . When doing any of those things can cause alerts to bank and that will     freeze and put account in the negative.
rondo9s: So donâ€™t do anything at all to card
heavyed4l: Pass:Hunted43
heavyed4l: User: toriferrer4

**Wed Apr 06 2022 00:02:50 UTC**
heavyed4l: Chase user : Toriferrer4
heavyed4l: Pass: Hunted43
heavyed4l: Pin:0404
heavyed4l: Addy:7460 hunters Greene cir lakeland Fl 33810
heavyed4l: 402
heavyed4l: 8632109252

**Thu Apr 07 2022 11:09:45 UTC**
heavyed4l: 41241641
heavyed4l: 7544575566
heavyed4l: My phone #

30.     Based on my training and experience, I believe JACOB solicited personal identifying information from "heavyed4l" for the purpose of depositing a fraudulent check into a JP Morgan Chase Bank account owned by "heavyed4l." Additionally, based on my training and experience, I believe JACOB provided instructions to "heavyed4l," so JP Morgan Chase Bank would not freeze the proceeds from that deposit.

31.     Investigators served a grand jury subpoena to JP Morgan Chase Bank for financial records associated with Victoria Ferrer ("FERRER"). Based on those records, I identified FERRER as the owner of JP Morgan Chase Bank account numbers 873212887, 877528080, and 3974166853.

32. On or about April 5, 2023, a check from New Home Title, LLC was deposited into account number 873212887 at an ATM in Winter Haven, FL for $7,500.00. On or about April 6, 2023, JP Morgan Chase Bank identified the check as fraudulent and returned it to the sender's account.

33. On or about May 23, 2023, investigators obtained a sworn Identity Theft Affidavit from New Home Title, LLC pertaining to the fraudulent check for $7,500.00.

34. Investigators served a grand jury subpoena to Truist Bank for financial records associated with FERRER. Based on those records, I identified FERRER as the owner of Truist Bank account number 1100023094493. On or about April 6, 2023, a check from FL Highland Pines LLC was deposited at an ATM in Winter Haven, FL for $8,100.00. On or about April 8, 2023, Truist Bank identified the check as fraudulent and returned it to the sender's account.

35. On or about June 6, 2023, investigators obtained a sworn Identity Theft Affidavit from FL Highland Pines LLC pertaining to the fraudulent check for $8,100.00.

**TAMIRIA PERRY**

36. Pursuant to the search warrant for JACOB's SnapChat account, investigators identified the following text conversation between JACOB and SnapChat account "Vparisfrance:"

**Sun May 15 2022 00:51:18 UTC**
Vparisfrance: 4678 osprey way winter haven fl 33881
Vparisfrance: Donâ€™t fg bout me

**Thu May 19 2022 23:30:05 UTC**
Vparisfrance: 863-651-9836 and okay ðŸ¤žðŸ½
Vparisfrance: I canâ€™t log in they locked the TD

**Fri May 20 2022 08:57:05 UTC**
Vparisfrance: Tamiria0915
Vparisfrance: XaviersWorld0428
Vparisfrance: Tamiria Perry
Vparisfrance: 9/15/1997
Vparisfrance: 4678 osprey way winter haven fl 33881
Vparisfrance: 0428 pin
Vparisfrance: Tamiria0915
Vparisfrance: XaviersWolrd0428
Vparisfrance: Tamiria422-user
Vparisfrance: XaviersMommy22-password
Vparisfrance: Truist
Vparisfrance: I had it since 12-14-21 I checked my emails that shit a year old gotta hit

37. Based on my training and experience, I believe JACOB solicited personal identifying information from "Vparisfrance" for the purpose of depositing a fraudulent check into a TD Bank account owned by "Vparisfrance."

38. The FBI served a grand jury subpoena to TD Bank for financial records associated with Tamiria Perry ("PERRY"). Based on those records, PERRY was the owner of TD Bank account number 4411132006. On or about May 19, 2022, a check from Superservice Inc. was deposited into TD Bank account number 4411132006 in Winter Haven, FL for $8,000.00. On or about May 20, 2023, TD Bank identified the check as fraudulent and returned it to the sender's account.

39.     As depicted below, on or about May 19, 2022, video surveillance captured PERRY while she deposited the $8,000.00 check inside of the TD Bank branch in Winter Haven, FL.



40.     Pursuant to the search warrant for JACOB's Apple iCloud account— tylerjacob863@gmail.com—investigators identified an image of a check from Superservice Inc. addressed to PERRY that was deposited into PERRY's TD Bank account in the amount of $8,000.



41.     Investigators served a grand jury subpoena to Truist Bank for financial records associated with PERRY. Based on the records I reviewed, PERRY was the owner of Truist Bank account number 1100023412053.

42.     On or about June 29, 2022, a check from Fegley Management and Energy was deposited into Truist Bank account number 1100023412053 at an ATM in Mulberry, FL for $18,023.15. On or about July 1, 2023, Truist Bank identified the check as fraudulent and returned it to the sender's account. On or about February 7, 2024, investigators obtained a sworn Identity Theft Affidavit from Fegley Management and Energy pertaining to the fraudulent check for $18,023.15.

## SEARCH WARRANT AT JACOB'S RESIDENCE

43.     On or about January 23, 2024, the FBI executed a search warrant at JACOB's residence located at 1920 East Edgewood Drive, Apartment G6, Lakeland, Florida 33803. During the search of the residence, investigators located a checkbook and financial documents in the names of other individuals, printers, a scanner, and a cartridge of black ink. Additionally, investigators located

approximately 25 rounds of .556 rifle ammunition inside of the jacket pocket of a child's jacket located in the child's bedroom. Each of the items were seized as evidence from the residence.

44. Following the search warrant execution at JACOB's residence, custody of JACOB was handed over to PCSO detectives due to an active warrant for JACOB for violation of probation. JACOB was then transported to the PCSO Southwest Command office located at 4120 US-98, Lakeland, Florida 33801.

45. Investigators conducted an interview of JACOB's girlfriend, Dawn Stewart ("STEWART") in the parking lot of the residence. STEWART stated that she lived at the residence with only JACOB, his minor child, and her minor child. STEWART stated that any firearms or ammunition found in the residence were owned by JACOB. Of note, STEWART is not a convicted felon.

46. Post-*Miranda*, the FBI and PCSO conducted a recorded interview of JACOB who admitted to participating in fraud which included knowingly paying other individuals for created or altered fraudulent checks. Specifically, JACOB paid these co-conspirators approximately half of the fraudulent checks' values. JACOB would then find another individual to deposit the check into that person's bank account. JACOB or the other individual would then withdraw the fraudulent proceeds from the bank account after the check cleared the bank account. JACOB would receive approximately 75 percent of the withdrawn amount and the other individual would receive approximately 25 percent of the withdrawn amount. Additionally, JACOB admitted that approximately 40 to 60 percent of the

fraudulent checks that he paid for were successfully deposited into bank accounts and subsequently withdrawn.

47.     Consistent with the fraud JACOB was committing, inside the residence, law enforcement officers found three printers, a scanner, a shredding machine, an ink cartridge, a check book in someone else's name and other items. Most importantly, law enforcement noted that JACOB refused to surrender form the residence for approximately 30 minutes after law enforcement arrived.

48.     During the search of the residence, investigators observed shredded papers on both floors of the residence and a shredding machine that appeared to be full and jammed at the opening of the shredding mechanism. Examples of such images of shredded papers inside of JACOB's residence are below:




49. I reviewed telephone calls that JACOB made while incarcerated at the Polk County Central Jail located at 2390 Bob Phillips Road, Bartow, Florida 33830.

50. On or about January 25, 2024, at approximately 8:52 a.m., JACOB called telephone number 689-259-0033 which was used by his ex-girlfriend, Maria Trinidad Mejia-Trejo ("MEJIA"). During the conversation, JACOB stated, "At this time Maria, I really need you to help me." Additionally, JACOB stated, "They went and they found 25 rounds of .556 or some shit like that."

51. On or about January 25, 2024, at approximately 9:14 a.m., JACOB called telephone number 689-259-0033 again and spoke with MEJIA. During the conversation, JACOB stated, "I need the ammunition gone Maria." Additionally, JACOB stated, "Even if they ask you questions and shit...all you gotta say you been there, you done came." Additionally, JACOB stated, "Just say that I didn't know they was there... Just make sure that they know that you left it there when you stayed the night at my house."

52. Based on my training and experience, I believe that JACOB was trying to convince MEJIA to tell law enforcement that the 25 rounds of .556 ammunition found during the search of JACOB's residence was owned by MEJIA instead of him.

## CONCLUSION

53.    Based on the foregoing, there is probable cause to believe that

JACOB committed violations of 18 U.S.C. §§ 1028 (identity theft), 18 U.S.C.

§§ 1343 (wire fraud), 18 U.S.C. §§ 1349 (conspiracy to commit bank fraud), and 21

U.S.C. § 922 (felon in possession of ammunition) and I respectfully request this

Court issue an arrest warrant for JACOB.

Connor Creasey
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone
consistent with Fed. R. Crim. P. 4.1 and 41 (d) (3), before me this ___ day of
February, 2024.

HON. ANTHONY E. PORCELLI
United States Magistrate Judge